UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-23070-CIV-ALTONAGA/Goodman

**ANDRES GOMEZ**,

    Plaintiff,

v.

**NOVIKOV LLC**,

    Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On July 24, 2019, Plaintiff, Andres Gomez, filed a Complaint [ECF No. 1] against Defendant, Novikov LLC. Plaintiff served Defendant on August 7, 2019. (*See* Return of Service [ECF No. 4]). To date, Defendant has failed to appear, answer, or other otherwise respond to the Complaint, and the deadline to do so has passed. Accordingly, it is

**ORDERED** that Plaintiff, Andres Gomez, shall submit a *motion for entry of clerk's default* against Defendant, Novikov LLC, no later than **September 5, 2019**, that includes a certificate of service indicating notice was sent to Defendant, including the address to which it was sent. Plaintiff's failure to file the *motion for entry of clerk's default* within the specified time may result in **dismissal** without prejudice and without further notice.

**DONE AND ORDERED** in Miami, Florida, this 29th day of August, 2019.

                                                                _____
                                                                **CECILIA M. ALTONAGA**
                                                                **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record